UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| LORRIE McCONNELL, | ) | |
| Plaintiff, | ) | 2:06-cv-00901-LRH-LRL |
| v. | ) | O R D E R |
| PETER WOODS, et al., | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Lawrence R. Leavitt (#2) entered on August 23, 2006, in which the Magistrate Judge recommends that Plaintiff's Application to Proceed *In Forma Pauperis* (#1) be denied and the accompanying Complaint (#1) be dismissed with prejudice for failure to state a claim upon which relief may be granted. The Court has considered the pleadings and memoranda and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

1   ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2   Magistrate Judge (#2); therefore, Plaintiff's Application to Proceed *In Forma Pauperis* (#1) is
3   DENIED and the accompanying Complaint (#1) is dismissed with prejudice.
4   IT IS SO ORDERED.
5   DATED this 20th day of December, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE